UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEIGH TRIMALDI,**

       **Plaintiff,**

**v.**                                **Case No:  6:18-cv-724-Orl-41DCI**

**DOES 1 THROUGH 10 and NEW
AVON, LLC,**

       **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. On February 11, 2019, this Court ordered Plaintiff to show cause on or before February 18, 2019, as to why this case should not be dismissed for failure to prosecute. (Feb. 11, 2019 Order, Doc. 40, at 1). The Order also warned that "[f]ailure to respond may result in the dismissal of this case without further notice." (*Id.*). Plaintiff failed to respond, and the time to do so has passed. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record